| Attorney or Party without Attorney:<br>GARY BENDINGER (SBN 036251)<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 E. WASHINGTON STREET SUITE 1200<br>PHOENIX , AZ 85004-2595<br>Telephone No: 602-262-5311 | | | | **For Court Use Only** |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: 309684-10001 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | |
| Plaintiff: M.S.E., ON HER OWN BEHALF AND ON BEHALF OF THE MINOR CHILD, ET. AL.<br>Defendant: UNITED STATES OF AMERICA, ET. AL. | | | | |
| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-22-1242-PHX-JZB |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; COMPLAINT; MOTION TO PROCEED UNDER PSEUDONYMS AND FOR A PROTECTIVE ORDER; ORDER; CONSENT TO EXERCISE OF JURIDICTION BY UNITED STATES MAGISTRATE JUDGE (FOR USE IN A CIVIL CASE WITH A MAGISTRATE JUDGE AS PRESIDER);

3. a. Party served: GARY M. RESTAINO
   b. Person served: Bertina Cantor - Admin Assistant - Authorized to Accept

4. Address where the party was served: 40 N. CENTRAL AVENUE 1800, PHOENIX , AZ 85004

5. I served the party:
   a. **by substituted service.** On: Wed, Aug 10 2022 at: 03:48 PM by leaving the copies with or in the presence of:
   Bertina Cantor - Admin Assistant - Authorized to Accept , Hispanic , Female , Age: 70 , Hair: Gray , Eyes: Brown , Height: 5'4" , Weight: 120 , Description: Glasses .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $83.90, Mileage: $24.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $117.90

   I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Eric Henningsen MC-7129, Maricopa County
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

08/11/2022
(Date)

*Eric H[signature]*
(Signature)

CERTIFICATE OF SERVICE



7488714 (10480633)