**UNITED STATES POSTAL SERVICE**

Mailer: Lewis Roca Rothgerber Christie LLP

Date Produced: 08/29/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8386 5902 58. Our records indicate that this item was delivered on 08/22/2022 at 05:59 a.m. in WASHINGTON, DC 20530. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file
as shown below:

CIVIL-PROCESS CLERK
UNITED STATES ATTORNEY GENERAL
U S DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

Customer Reference Number:     C3622702.21454033

![USPS Logo](united states postal service)

| **Return address:** | | **Recipient address:** |
|---|---|---|

_____
STE 1200
201 E WASHINGTON ST
PHOENIX ARIZONA 85004

MAILING DATE: 08/16/2022
DELIVERY DATE: 08/22/2022

CIVIL-PROCESS CLERK
UNITED STATES ATTORNEY GENERAL
U S DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

## USPS CERTIFIED MAIL



9214 8901 9403 8386 5902 58

**USPS Tracking Label Number:  9214 8901 9403 8386 5902 58**

| USPS Tracking History | Location | Date / Time |
|---|---|---|
| PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | PHOENIX,AZ 85004 | 08/16/2022 18:30 |
| ORIGIN ACCEPTANCE | PHOENIX,AZ 85004 | 08/17/2022 00:03 |
| PROCESSED THROUGH USPS FACILITY | PHOENIX AZ DISTRIBUTION CENTER 85043 | 08/17/2022 01:18 |
| PROCESSED THROUGH USPS FACILITY | WASHINGTON DC DISTRIBUTION CENT 20066 | 08/19/2022 01:09 |
| DEPARTED USPS REGIONAL FACILITY | WASHINGTON DC DISTRIBUTION CENT 20066 | 08/19/2022 05:54 |
| ARRIVE USPS FACILITY | WASHINGTON DC DISTRIBUTION CENT 20018 | 08/19/2022 07:19 |
| ARRIVAL AT UNIT | WASHINGTON,DC 20018 | 08/19/2022 08:41 |
| AVAILABLE FOR PICKUP | WASHINGTON,DC 20530 | 08/19/2022 12:03 |
| DELIVERED INDIVIDUAL PICKED UP AT USPS | WASHINGTON,DC 20530 | 08/22/2022 05:59 |

CLIENT-MATTER:  309684-10001
ATTORNEY:  ALEJANDRO BARRIENTOS