1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8    M.S.E., et al.,                    )    No.  CV-22-01242-PHX-SPL
                                        )
9                                       )
                       Plaintiffs,      )    **ORDER**
10                                      )
     vs.                                )
11                                      )
                                        )
12   United States of America,          )
                                        )
13                     Defendant.       )
                                        )
14   _____)

15          I hereby recuse myself from any further action in the above-captioned matter.

16   Accordingly,

17          **IT IS ORDERED** that this case be reassigned, by lot, to another District Court

18   Judge in the District of Arizona.

19          **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot

20   to the Honorable Stephen M. McNamee, United States District Court Judge. All future

21   pleadings and papers submitted for filing shall bear the following complete case number:

22   CV-22-01242-PHX-SMM.

23          Dated this 15th day of September, 2022.

24
25                                          _____
                                            Honorable Steven P. Logan
26                                          United States District Judge
27
28