# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., et al., | No. CV-22-01242-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Before the Court is Plaintiffs' Motion to Proceed Under a Pseudonym and Motion for Protective Order. (Doc. 2). For good cause shown,

**IT IS ORDERED granting** Plaintiffs' Motion to Proceed Under a Pseudonym and Motion for Protective Order. (Doc. 2).

**IT IS FURTHER ORDERED** as follows:

1. Plaintiffs are granted leave to proceed in this matter under pseudonyms;
2. Defendant shall not publicly disclose the names or personally identifying information of Plaintiffs; and
3. All parties shall submit pleadings, briefing, and evidence using Plaintiffs' pseudonyms instead of their real names and other personally identifying information.

Dated this 19th day of September, 2022.

Honorable Stephen M. McNamee
Senior United States District Judge