GARY M. RESTAINO
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, JR.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone:  (602) 514-7500
Main Fax:   (602) 514-7693
Email:  Laurence.tinsley@usdoj.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., on her own behalf and on behalf of her minor child, J.M., <br><br> M.V.A on her own behalf and on behalf of her minor child, B.E., <br><br> B.C.O. on his own behalf and on behalf of his  minor child, M.A., and <br><br> U.O.L., on his own behalf and on behalf of his minor child, J.M., <br><br>　　　　Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>　　　　Defendant. | No. CV 22-01242-JZB <br><br> **STIPULATION TO EXTEND DEFENDANT UNITED STATES OF AMERICA'S RESPONSIVE PLEADING DEADLINE** <br><br> **(First Request)** |

　　　The parties hereby stipulate that the responsive pleading deadline for the United States of America (United States) may be extended by a period of 21 days, from October 11, 2022 to November 1, 2022, for the following reasons.

1. This is a family separation claim brought under the Federal Tort Claims Act (FTCA), §§ 28 U.S.C. § 1346, 2671 *et seq.*, by four non-citizen families. Each of the four cases is discrete and each have generated a vast amount of documents by the various agencies whose conduct is at issue. Typically with immigration matters, each case involving a non-citizen may generate its own set of documents; however, the workload in this case is increased times four due to the four separate families who have brought suit in this matter.

2. Undersigned counsel for the United States, who hereby makes his appearance with this Stipulation, was assigned this case around the time of service of process on his Office. He diligently started his prelitigation investigation. This included discussions with the various federal agencies whose conduct is at issue, as alleged in the 170 paragraph, 48 page Complaint, to gain an understanding of each of the four separate claims, the history of the each of the four families, and the immigration and FTCA issues implicated by the facts of the case.

3. Unfortunately, during the course of his prelitigation investigation, an acute emergency arose involving undersigned's family which has impinged his ability to prepare and file a responsive pleading by the current October 11, 2022 deadline. (This deadline was triggered by the service of the United States Attorney's Office on or about August 11, 2022, although the United States Attorney's Office in Washington D.C. was not served for several weeks after that date).

4. In addition to this lawsuit, undersigned has had a number of other litigation responsibilities during the same precise time that this case was being reviewed by undersigned, including the defense of a large medical malpractice lawsuit which involved the drafting and filing of a response to a motion for summary judgment, the filing of a motion to dismiss in an appeal before the Ninth Circuit on a prisoner litigation case, and a removal of another medical malpractice case involving wrongful death from Arizona Superior Court to District Court. Each of these cases had time sensitive issues and have required more than the average hours required for litigation. In addition, undersigned is

preparing for trial in mid-November, 2022 which has required his involvement in a number of pre-trial motions, conferences, and other pretrial practice.  Due to these prior litigation commitments, as well as his serious family emergency that took him out of the office for a number of days and hours, and because in this case review by the Federal will be required prior to responding to the Complaint, undersigned determined in advance that he would not be able to file his responsive pleading by the current deadline.

5. Undersigned therefore reached out to opposing counsel for the Plaintiffs. Plaintiffs' counsel do not object and thus stipulate that the deadline may be extended.

6. The parties thus stipulate that the deadline for the United States to file its responsive pleading may be extended from October 11, 2022 to November 1, 2022.

Respectfully submitted this 11th day of October 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Laurence G. Tinsley, Jr.*
LAURENCE G. TINSLEY, JR.

HOGAN LOVELLS US LLP

*s/Danielle Desaulniers Stempel (with permission)*
Danielle Desaulniers Stempel
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

Danielle Desaulniers Stempel
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
*Attorneys for Plaintiffs*

s/Mary C. Finlon
United States Attorney's Office