# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., et al., | No. CV-22-01242-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

This matter is before the Court on Stipulation to Extend Defendant United States of America's Responsive Pleading Deadline. (Doc. 16). Pursuant to the stipulation of the parties, and for good cause shown,

**IT IS ORDERED granting** the Stipulation to Extend Defendant United States of America's Responsive Pleading Deadline. (Doc. 16).

**IT IS FURTHER ORDERED** allowing Defendant up to and including November 1, 2022 to file an answer or otherwise respond to Plaintiff's complaint.

Dated this 11th day of October, 2022.

Honorable Stephen M. McNamee
Senior United States District Judge