# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., et al., | No. CV-22-01242-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Extension of Time for Plaintiffs to File Response. (Doc. 23). Pursuant to the stipulation of the parties, and for good cause shown,

**IT IS ORDERED granting** the parties' Stipulation for Extension of Time for Plaintiffs to File Response. (Doc. 23).

**IT IS FURTHER ORDERED** allowing Plaintiffs up to and including January 17, 2023 to file a response.

Dated this 23rd day of November, 2022.

Honorable Stephen M. McNamee
Senior United States District Judge