1  Gary Bendinger (036251)
   Katie Derrig (037110)
2  Allison Whitehill (036339)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  201 East Washington Street, Suite 1200
   Phoenix, AZ 85004
4  Tel: (602) 262-5311
   Fax: (602) 262-5747
5  gbendinger@lewisroca.com
   awhitehill@lewisroca.com
6  kderrig@lewisroca.com

7  Justin W. Bernick*
   Danielle Desaulniers Stempel*
8  Michael J. West*
   HOGAN LOVELLS US LLP
9  Columbia Square
   555 Thirteenth Street, NW
10 Washington, DC 20004
   Tel: (202) 637-5600
11 Fax: (202) 637-5910
   justin.bernick@hoganlovells.com
12 danielle.stempel@hoganlovells.com
   michael.west@hoganlovells.com
13
   (*Additional Counsel for Plaintiffs Listed on the Following Page*)
14
   (**Admitted pro hac vice*)
15

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., on her own behalf and on behalf of her minor child, J.M.;<br>M.V.A., on her own behalf and on behalf of her minor child, B.E.;<br>B.C.O., on his own behalf and on behalf of his minor child, M.A.; and<br>U.O.L., on his own behalf and on behalf of his minor child, F.R.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　Defendant. | No. CV 22-01242-JZB<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Dana A. Raphael*
Melissa Giangrande*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
dana.raphael@hoganlovells.com
melissa.giangrande@hoganlovells.com

DAVID WILLNER*
HOGAN LOVELLS US LLP
Two North Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Tel: (719) 448-5900
Fax: (719) 448-5922
david.willner@hoganlovells.com

Tamara F. Goodlette*
Vanessa Rivas-Bernardy*
REFUGEE AND IMMIGRANT CENTER
FOR EDUCATION AND LEGAL SERVICES (RAICES)
5121 Crestway Drive, Suite 105
San Antonio, TX 78239
Tel: 210-538-7382
tami.goodlette@raicestexas.org
vanessa.rivas@raicestexas.org

*(\*Admitted pro hac vice)*

**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs write in response to Defendant's Notice of Supplement Authority regarding *S.E.B.M. v. United States*, No. 1:21-cv-00095-JHR-LF, 2023 WL 2383784 (D.N.M. Mar. 6, 2023). *S.E.B.M.* is not binding, not persuasive, and not on point.

*S.E.B.M.*'s discretionary-function analysis is distinguishable twice over. *First*, unlike S.E.B.M. and her father, Plaintiff-Parents were separated under the 2018 "Zero Tolerance" Family Separation Policy. *See id.* at *1-2; Compl. ¶¶ 65, 93, 121, 138, ECF No. 1. The Zero Tolerance policy left *no* discretion and instead mandated that *all* parents be designated as amenable for prosecution and referred for prosecution, and *all* families be separated as a result. Because separating Plaintiffs was not a matter of discretion or choice, the discretionary function exception does not apply. MTD Opp'n at 10-11, ECF No. 32.

*Second*, S.E.B.M.'s father was prosecuted for improper entry, pled guilty, jailed, and ultimately deported. *S.E.B.M.*, 2023 WL 2383784, at *2. Plaintiff-Parents were never prosecuted, jailed, or deported, and were in no way unavailable to care for their children. *See* MTD Opp'n at 13, ECF No. 32. Defendants' conduct thus cannot be justified as an exercise of prosecutorial discretion. *Cf. S.E.B.M.*, 2023 WL 2383784, at *14. That also distinguishes *S.E.B.M.*'s constitutional analysis. *See id.*, at *15 (finding separation not unconstitutional because interest "in exercising prosecutorial discretion" outweighed constitutionally-protected right to child-parent association); MTD Opp'n at 7-10, ECF No. 32.

*S.E.B.M.*'s due-care analysis is inapplicable. Plaintiff-Parents were not prosecuted or imprisoned pending criminal sentencing. And Defendant has never explained why merely designating a parent as *amenable* for prosecution renders the parent unable to care for their child, such that the child is "unaccompanied." *Compare S.E.B.M.*, 2023 WL 2383784, at *15, *with* MTD Opp'n at 18-20, ECF No. 32. Moreover, the conduct underlying Plaintiffs' claims is far more egregious than a failure to exercise "reasonable care" in arranging phone calls with family members or delayed placement with an adult

1

relative. *Compare S.E.B.M.*, 2023 WL 2383784, at *16, *with* MTD Opp'n at 20-22, ECF No. 32.

The Court should follow the consensus of other district courts in this circuit and deny Defendant's motion to dismiss.

RESPECTFULLY SUBMITTED this 30th day of March, 2023.

HOGAN LOVELLS US LLP

By: *s/ Danielle Desaulniers Stempel*
Justin W. Bernick*
Danielle Desaulniers Stempel*
Michael J. West*
Dana A. Raphael*
Melissa Giangrande*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

David Willner*
HOGAN LOVELLS US LLP
Two North Cascade Avenue, Suite 1300
Colorado Springs, CO 80903

Tamara F. Goodlette*
Vanessa Rivas-Bernardy*
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)
5121 Crestway Drive, Suite 105
San Antonio, TX 78239

Gary Bendinger
Katie Derrig
Allison Whitehill
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for Plaintiffs*

*(*Admitted pro hac vice)*

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, the foregoing was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

Gary M. Restaino
United States Attorney
District of Arizona
Laurence G. Tinsley, Jr.
LEAD ATTORNEY TO BE NOTICED
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone:  (602) 514-7500
Civil Fax:  (602) 514-7760
Main Fax: (602) 514-7693
Email:  Laurence.tinsley@usdoj.gov
*Attorneys for Defendant*

                                                    s/Danielle Desaulniers Stempel