Gary Bendinger (036251)
Katie Derrig (037110)
Allison Whitehill (036339)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Tel: (602) 262-5311
Fax: (602) 262-5747
gbendinger@lewisroca.com
kderrig@lewisroca.com
awhitehill@lewisroca.com

Justin W. Bernick*
Danielle Desaulniers Stempel*
Michael J. West*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
justin.bernick@hoganlovells.com
danielle.stempel@hoganlovells.com
michael.west@hoganlovells.com

(*Additional Counsel for Plaintiffs Listed on the Following Page*)

(*Admitted pro hac vice)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| M.S.E., on her own behalf and on behalf of her minor child, J.M.; M.V.A., on her own behalf and on behalf of her minor child, B.E.; B.C.O., on his own behalf and on behalf of his minor child, M.A.; and U.O.L., on his own behalf and on behalf of his minor child, F.R.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV 22-01242-JZB<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

1  Dana A. Raphael*
   Melissa Giangrande*
2  HOGAN LOVELLS US LLP
   Columbia Square
3  555 Thirteenth Street, NW
   Washington, DC 20004
4  Tel: (202) 637-5600
   Fax: (202) 637-5910
5  dana.raphael@hoganlovells.com
   melissa.giangrande@hoganlovells.com
6
   David Willner*
7  HOGAN LOVELLS US LLP
   Two North Cascade Avenue, Suite 1300
8  Colorado Springs, CO 80903
   Tel: (719) 448-5900
9  Fax: (719) 448-5922
   david.willner@hoganlovells.com
10
   Tamara F. Goodlette*
11 Vanessa Rivas-Bernardy*
   REFUGEE AND IMMIGRANT CENTER
12 FOR EDUCATION AND LEGAL SERVICES (RAICES)
   5121 Crestway Drive, Suite 105
13 San Antonio, TX 78239
   Tel: 210-538-7382
14 tami.goodlette@raicestexas.org
   vanessa.rivas@raicestexas.org
15
   *(Admitted pro hac vice)*
16

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs write to notify the Court of the decision in *D.A. v. United States*, No. EP-22-cv-00295-FM, 2023 WL 2619167 (W.D. Tex. Mar. 23, 2023), issued in the United States District Court for the Western District of Texas. A copy is attached for the Court's convenience.

The court denied the government's motion to dismiss for lack of subject-matter jurisdiction on the basis that the government had discretion to separate a parent from her minor children under the Zero Tolerance Policy. The court found plausible plaintiffs' allegations that separating the parent from her minor children while the parent was being held in an adult immigration detention facility "violated their constitutional right to family integrity." *D.A.*, 2023 WL 2619167, at *8.

> Procedurally, Plaintiffs were given no meaningful opportunity to be heard. Nor did a court order or exigent circumstances justify their continued separation. There was no reason to believe that D.A. and A.A. would have been in imminent danger of physical or sexual abuse in Padilla-Gonzales' care. Nor was her right to the custody and care of her children adverse to Defendant's interest in protecting their health, safety, and welfare. Instead, Plaintiffs' long-term separation was arguably arbitrary since, following Padilla-Gonzales' incarceration, she could have been reunited with her children in a family immigration detention center. Alternatively, she could have promptly been given a credible fear interview and released on bond. It was made conscience shocking, moreover, by virtue of the sheer completeness of the separation and the cruel, heartless way it was effectuated and maintained. Indeed, the staggering backlash that the Trump Administration received following implementation of its Zero Tolerance Policy-which caused that administration to retract the policy after little over two months-evinces the conscience-shocking nature of its forced family separations.

*Id.* at *9. The court explained that "the constitutional right to family integrity is protected by a clear and straightforward rule," and "has been well established since at least 1992." *Id.* (internal quotation marks and citation omitted). In so holding, the court expressly rejected the contrary decision from *Peña Arita v. U.S.*, 470 F. Supp. 3d 663 (S.D. Tex. 2020), the Texas case that the government relies on in its Motion to Dismiss (ECF No. 21). *See Id.* at *10.

RESPECTFULLY SUBMITTED this 13th day of April, 2023.

HOGAN LOVELLS US LLP

By: /s/ *Danielle Desaulniers Stempel*
Justin W. Bernick*
Danielle Desaulniers Stempel*
Michael J. West*
Dana A. Raphael*
Melissa Giangrande*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

David Willner*
HOGAN LOVELLS US LLP
Two North Cascade Avenue, Suite 1300
Colorado Springs, CO 80903

Tamara F. Goodlette*
Vanessa Rivas-Bernardy*
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)
5121 Crestway Drive, Suite 105
San Antonio, TX 78239

Gary Bendinger
Katie Derrig
Allison Whitehill
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for Plaintiffs*

(*Admitted pro hac vice)

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, the foregoing was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

Gary M. Restaino
United States Attorney
District of Arizona
Laurence G. Tinsley, Jr.
LEAD ATTORNEY TO BE NOTICED
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone:  (602) 514-7500
Civil Fax:  (602) 514-7760
Main Fax: (602) 514-7693
Email:  Laurence.tinsley@usdoj.gov

*Attorneys for Defendant*

                                        s/Danielle Desaulniers Stempel