# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., et al., | No. CV-22-01242-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Extension of Time. (Doc. 59). For good cause shown,

**IT IS ORDERED granting** the Stipulation for Extension of Time. (Doc. 59).

**IT IS FURTHER ORDERED allowing** Defendant up to and including <u>December 13, 2023</u> to file an answer or otherwise respond to Plaintiff's Complaint.

Dated this 13th day of November, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge