GARY M. RESTAINO
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, JR.
Assistant United States Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Main Fax: (602) 514-7693
Email: Laurence.Tinsley@usdoj.gov
*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

M.S.E., on her own behalf and on behalf of her minor child, J.M.,
M.V.A on her own behalf and on behalf of her minor child, B.E.,
B.C.O. on his own behalf and on behalf of his minor child, M.A., and
U.O.L., on his own behalf and on behalf of his minor child, F.R.,

Plaintiffs,

v.

United States of America,

Defendant.

CV 22-01242-PHX-SMM

**NOTICE OF SERVICE OF DEFENDANT UNITED STATES' INITIAL DISCLOSURE STATEMENT**

NOTICE IS HEREBY GIVEN that on February 29, 2024, Defendant United States of America served upon Plaintiffs its Initial Disclosure Statement by electronic mail to:

Allison Whitehill
Lewis Roca Rothgerber Christie LLP - Phoenix ,Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
914-602-1142
Email: awhitehill@lewisroca.com

Alicia Paller
Hogans & Lovells US LLP - Denver, CO
555 13th St. NW
Washington, DC 20004
202-637-6404
Email: Alicia.Paller@hoganlovells.com

Dana A Raphael
Hogan Lovells US LLP - Washington, DC
555 13th St., NW
Washington, DC 20004
202-531-0427
Email: Dana.Raphael@hoganlovells.Com

Danielle Desaulniers Stempel
Hogan Lovells US LLP - Washington, DC
555 13th St., Nw
Washington, DC 20004
202-804-7798
Email: Danielle.Stempel@hoganlovells.Com

David Willner
Hogan Lovells US LLP – Colorado Springs, CO
2 N Cascade Ave., Ste. 1300
Colorado Springs, CO 80903
719-373-4318
Email: David.Willner@hoganlovells.com

Javier Hidalgo
Refugee & Immigrant Center for Education & Legal Services
P.O. Box 786100
San Antonio, TX 78278
210-469-4048
Email: Javier.Hidalgo@raicestexas.Org

Justin Bernick
Hogans Lovells US LLP - Washington, DC
555 13th St. Nw
Washington, DC 20004
202-637-5485
Email: Justin.Bernick@hoganlovells.Com

Kathleen Marie Derrig Rios
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-262-5316
Email: Kderrig@lewisroca.Com

Melissa Giangrande
Hogans Lovells US LLP - Washington, DC
555 13th St. Nw
Washington, DC 20004
202-637-3617
Email: Melissa.Giangrande@hoganlovells.Com

Michael J. West
Hogan Lovells US LLP - Washington, DC
555 13th St., Nw
Washington, DC 20004
202-637-8872
Email: Michael.West@hoganlovells.Com

Todd Feltus
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-528-4690
Email: Tfeltus@lewisroca.Com

DATED this 29th day of February 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Laurence G. Tinsley, Jr.*
Laurence G. Tinsley, Jr.
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Allison Whitehill
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
914-602-1142
Email: awhitehill@lewisroca.com

Alicia Paller
Hogans & Lovells US LLP - Denver, CO
555 13th St. NW
Washington, DC 20004
202-637-6404
Email: Alicia.Paller@hoganlovells.com

Dana A Raphael
Hogan Lovells US LLP - Washington, DC
555 13th St., NW
Washington, DC 20004
202-531-0427
Email: Dana.Raphael@hoganlovells.Com

Danielle Desaulniers Stempel
Hogan Lovells US LLP - Washington, DC
555 13th St., Nw
Washington, DC 20004
202-804-7798
Email: Danielle.Stempel@hoganlovells.Com

David Willner
Hogan Lovells US LLP – Colorado Springs, CO
2 N Cascade Ave., Ste. 1300
Colorado Springs, CO 80903
719-373-4318
Email: David.Willner@hoganlovells.com

Javier Hidalgo
Refugee & Immigrant Center for Education & Legal Services
P.O. Box 786100
San Antonio, TX 78278
210-469-4048
Email: Javier.Hidalgo@raicestexas.Org

Justin Bernick
Hogans Lovells US LLP - Washington, DC
555 13th St. Nw
Washington, DC 20004
202-637-5485
Email: Justin.Bernick@hoganlovells.Com

Kathleen Marie Derrig Rios
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-262-5316
Email: Kderrig@lewisroca.Com

Melissa Giangrande
Hogans Lovells US LLP - Washington, DC
555 13th St. Nw
Washington, DC 20004
202-637-3617
Email: Melissa.Giangrande@hoganlovells.Com

Michael J. West
Hogan Lovells US LLP - Washington, DC
555 13th St., Nw
Washington, DC 20004
202-637-8872
Email: Michael.West@hoganlovells.Com

Todd Feltus
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-528-4690
Email: Tfeltus@lewisroca.Com
*Attorneys for Plaintiffs*

s/ *Irene Millsaps*
United States Attorney's Office