1  Todd Feltus (019076)
   Katie Rios (037110)
2  Allison Whitehill (036339)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  201 East Washington Street, Suite 1200
   Phoenix, AZ 85004
4  Tel: (602) 262-5311
   Fax: (602) 262-5747
5  tfeltus@lewisroca.com
   awhitehill@lewisroca.com
6  krios@lewisroca.com

7

8  Justin W. Bernick*
   Danielle Desaulniers Stempel*
9  Michael J. West*
   HOGAN LOVELLS US LLP
10 Columbia Square
   555 Thirteenth Street, NW
11 Washington, DC 20004
   Tel: (202) 637-5600
12 Fax: (202) 637-5910
   justin.bernick@hoganlovells.com
13 danielle.stempel@hoganlovells.com
   michael.west@hoganlovells.com

14
   (*Additional Counsel for Plaintiffs Listed on the
15 Following Page*)
   *(*Admitted Pro hac vice)*
16

17                UNITED STATES DISTRICT COURT

18                  FOR THE DISTRICT OF ARIZONA

19
| | |
|---|---|
| M.S.E., on her own behalf and on behalf of her minor child, J.M.;<br>M.V.A., on her own behalf and on behalf of her minor child, B.E.;<br>B.C.O., on his own behalf and on behalf of his minor child, M.A.; and<br>U.O.L., on his own behalf and on behalf of his minor child, F.R.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　Defendant. | No.: 22-cv-01242-PHX-SMM<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

**Additional Plaintiffs' counsel:**

Alicia Paller*
Melissa Giangrande*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
alicia.paller@hoganlovells.com
melissa.giangrande@hoganlovells.com

David Willner*
HOGAN LOVELLS US LLP
Two North Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Tel: (303) 899-7300
Fax: (303) 899-7333
david.willner@hoganlovells.com

Javier Hidalgo*
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)
1305 N. Flores Street
San Antonio, TX 78212
Tel: (210) 538-7382
Fax: (210) 634-1279
javier.hidalgo@raicestexas.org

*Admitted pro hac vice

Plaintiffs M.S.E., M.V.A., B.C.O., U.O.L., J.M., B.E., M.A., and F.R. ("Plaintiffs") hereby give notice that on March 1, 2024, they served Plaintiffs' Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

RESPECTFULLY SUBMITTED this 1st day of March 2024.

HOGAN LOVELLS US LLP

By: */s/ Alicia Paller*
Alicia Paller*
Justin W. Bernick*
Michael J. West*
Danielle Desaulniers Stempel*
Alicia Paller*
Melissa Giangrande*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

David Willner*
HOGAN LOVELLS US LLP
Two North Cascade Avenue, Suite 1300
Colorado Springs, CO 80903

Javier Hidalgo*
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)
1305 N. Flores Street
San Antonio, TX 78212

Todd Feltus
Katie Rios
Allison Whitehill
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for Plaintiffs*

*Admitted pro hac vice*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024, the foregoing was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

Gary M. Restaino
United States Attorney
District of Arizona
Laurence G. Tinsley, Jr.
LEAD ATTORNEY TO BE NOTICED
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone:  (602) 514-7500
Civil Fax:  (602) 514-7760
Main Fax: (602) 514-7693
Email:  Laurence.tinsley@usdoj.gov

*Attorneys for Defendant*


*/s/ Alicia S. Balthazar*