GARY M. RESTAINO
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, Jr.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7693
Email:  laurence.tinsley@usdoj.gov
*Attorneys for United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., on her own behalf and on behalf of her minor child, J.M., <br><br> M.V.A on her own behalf and on behalf of her minor child, B.E., <br><br> B.C.O. on his own behalf and on behalf of his minor child, M.A., and <br><br> U.O.L., on his own behalf and on behalf of his minor child, J.M., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV 22-01242-PHX-SMM <br><br> **NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement in this matter. The parties will file a stipulated motion to dismiss this case with prejudice, each party to bear its own costs and fees, once the minor's portion of the settlement is approved by a court of competent jurisdiction and the settlement funds are disbursed.

The parties respectfully request that the Court stay all case management deadlines pending resolution of this matter.

Respectfully submitted this 29th day of April 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Laurence G. Tinsley, Jr.*
Laurence G. Tinsley, Jr.
Assistant United States Attorney

HOGAN LOVELLS US LLP

*s/Alicia Paller (with permission)*
Alicia Paller

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

**Alicia Paller**
Hogan Lovells US LLP - Washington, DC
555 13th St., NW
Washington, DC 20004
202-637-6404
Alicia.Paller@hoganlovells.com

**Allison Whitehill**
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
914-602-1142
awhitehill@lewisroca.com

**Dana A Raphael**
Hogan Lovells US LLP - Washington, DC
555 13th St., NW
Washington, DC 20004
202-531-0427
Dana.Raphael@hoganlovells.com

**Danielle Desaulniers Stempel**
Hogan Lovells US LLP - Washington, DC
555 13th St., NW
Washington, DC 20004
202-804-7798
Danielle.Stempel@hoganlovells.com

**David A. Willner**
Hogan Lovells US LLP
2 North Cascade Ave, Suite 1300
Colorado Springs, CO 80903
719-373-4318
David.Wilner@hoganlovells.com

**Javier Hidalgo**
RAICES
1305 N. Flores Street
San Antonio, TX 78212
javier.hidalgo@raicestexas.org

**Justin Bernick**
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED
Hogans Lovells US LLP - Washington, DC

555 13th St. NW
Washington, DC 20004
202-637-5485
Justin.Bernick@hoganlovells.com

**Kathleen Marie Rios**
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-262-5316
KRios@lewisroca.com

**Melissa Giangrande**
Hogans Lovells US LLP - Washington, DC
555 13th St. NW
Washington, DC 20004
202-637-3617
Melissa.Giangrande@hoganlovells.com

**Michael J. West**
Hogan Lovells US LLP - Washington, DC
555 13th St., NW
Washington, DC 20004
202-637-8872
Michael.West@hoganlovells.com

**Todd Feltus**
Lewis Roca Rothgerber Christie LLP
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602−528−4690
tfeltus@lewisroca.com

*Attorneys for Plaintiffs*


s/ Irene Millsaps
United States Attorney's Office
Attorneys for Plaintiffs

4