# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.S.E., et al., | No. CV-22-01242-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

This matter is before the Court on Notice of Settlement, (Doc. 75), filed on April 29, 2024. The parties anticipate filing a stipulated motion to dismiss with prejudice once the minor's portion of the settlement has been approved by a court of competent jurisdiction and the settlement has been disbursed. Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before June 28, 2024. If a Stipulation to Dismiss has not been filed by this deadline the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED staying** all pending case management deadlines.

Dated this 29th day of April, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge