1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE DISTRICT OF ARIZONA**
8
9    M.S.E., et al.,                                    No. CV-22-01242-PHX-SMM
10                  Plaintiffs,                          **ORDER**
11   v.
12   United States of America,
13                  Defendant.
14

15          This matter is before the Court on the Unopposed Motion for Court Approval of
16   Settlement of Minor's Claims. (Doc. 78).  Defendant United States of America does not
17   oppose the Motion. For good cause shown,
18          **IT IS ORDERED granting** the Unopposed Motion for Court Approval of
19   Settlement of Minor's Claims. (Doc. 78).
20          **IT IS FURTHER ORDERED** that the Court approves the settlement of Plaintiff
21   F.R's claims in this action as follows:
22      1. The Court approves the allocation of the settlement proceeds such that Plaintiff
23          U.O.L., the father, receives $135,000 and Plaintiff F.R., a minor, receives
24          $135,000, for a total Settlement Amount of $270,000.
25      2. The Court approves placement of Plaintiff F.R.'s portion of the settlement into a
26          pooled minor's trust operated by Legacy Enhancement until Plaintiff F.R. reaches
27          the age of 18 upon finding of the settlement by the United States.
28      3. Plaintiff's counsel shall coordinate with U.O.L. and Legacy Enhancement for the

execution of all necessary paperwork and the finding of the minor's trust on behalf of Plaintiff F.R.

**IT IS FURTHER ORDERED vacating** the deadline of June 28, 2024 for the parties to file a stipulation to dismiss. (Doc. 76). The Court will reinstate a deadline for the parties to file a stipulation to dismiss once the Court has approved all settlement agreements requiring the Court's approval.

Dated this 21st day of June, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge